**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7637**

———————

CLARENCE ROULHAC, JR.,

                                        Petitioner - Appellant,

        versus

ALTON BASKERVILLE, Warden,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-00-160)

———————

Submitted:  January 23, 2001            Decided:  February 8, 2001

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Clarence Roulhac, Jr., Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Roulhac, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Roulhac v. Baskerville, No. CA-00-160 (E.D. Va. Nov. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2